# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00083-CV

**Petra Ugarte, Appellant**

**v.**

**Eureka Holdings Acquisitions, LP and 2019 FOREAL, LP, Appellees**

### FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-19-008503, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Petra Ugarte has filed an emergency motion for temporary relief seeking a stay of the trial court's February 20, 2020 order granting request for issuance of writ of possession. *See* Tex. R. App. P. 24.4(a)(4); *id.* R. 24.4(c). We grant the motion and temporarily stay the trial court's February 20, 2020 order granting request for issuance of writ of possession and suspend the execution of any writ that may already have been issued, pending further order of this Court. *See id*. 24.4(c). The Court orders the appellees to file a response to the emergency motion for temporary relief on or before February 28, 2020.

It is ordered on February 24, 2020.

Before Chief Justice Rose, Justices Baker and Triana